**No. 10-8501. Hector Orlansky, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1544, 179 L. Ed. 2d 355, 2011 U.S. LEXIS 1183.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 392 Fed. Appx. 692.

**No. 10-8506. Mack W. Thomas, Petitioner v. Ari Zavaras, Executive Director, Colorado Department of Corrections, et al.**

562 U.S. 1247, 131 S. Ct. 1544, 179 L. Ed. 2d 355, 2011 U.S. LEXIS 1218.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 392 Fed. Appx. 638.

**No. 10-8510. Larry Lupton, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1544, 179 L. Ed. 2d 355, 2011 U.S. LEXIS 1162.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 620 F.3d 790.

**No. 10-8522. Aaron Eric Bailey, aka Christopher Jones, aka Derrick Barrows, aka Samuel Bailey, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1544, 179 L. Ed. 2d 355, 2011 U.S. LEXIS 1111.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8525. Mario Torres, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1544, 179 L. Ed. 2d 355, 2011 U.S. LEXIS 1203.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8529. Rachel Amratiel, fka Thomas Hibdon, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1544, 179 L. Ed. 2d 355, 2011 U.S. LEXIS 1150.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 622 F.3d 914.

**No. 10-8531. Jose Angel Cortes, aka Jose Cortez-Rodriguez, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1545, 179 L. Ed. 2d 355, 2011 U.S. LEXIS 1149.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 526.